IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Senior Judge Wiley Y. Daniel**

Civil Action No.    15-cv-0816-WYD-CBS

ZAHER ALALAMI,

      Plaintiff,

v.

PRUDENTIAL INSURANCE COMPANY OF AMERICA,

      Defendant.

---

### **MINUTE ORDER**

---

ORDER ENTERED BY SENIOR JUDGE WILEY Y. DANIEL

      This matter is before the Court on the Parties' Joint Notice of Settlement and Request to Stay All Pending Deadlines (ECF No. 32), filed on January 14, 2016.  The parties request 45 days to finalize the form and content of the final settlement agreement, and that all deadlines in this action be stayed pending the filing of a stipulated dismissal.

      The motion to stay all pending deadlines (ECF No. 32) is **GRANTED**.   All pending deadlines are hereby **stayed until February 29, 2016**.

      Dated:   January 20, 2016