IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Senior Judge Wiley Y. Daniel**

Civil Action No.   15-cv-0816-WYD-CBS

ZAHER ALALAMI,

    Plaintiff,

v.

PRUDENTIAL INSURANCE COMPANY OF AMERICA,

    Defendant.

---

### ORDER DISMISSING CASE WITH PREJUDICE

---

THIS MATTER is before the Court on the Parties' Joint Stipulation of Dismissal (ECF No. 34), filed on February 23, 2016.  After careful review of the record, the Court concludes that pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, this action shall be **DISMISSED WITH PREJUDICE**, and each party shall bear its own costs, expenses, and attorneys' fees.  Accordingly, it is

ORDERED that this action is **DISMISSED WITH PREJUDICE** against Defendant Prudential Insurance Company of America.  The Clerk of the Court is directed to close this case.

Dated: February 24, 2016.

                        BY THE COURT:

                        s/ Wiley Y. Daniel
                        Wiley Y. Daniel
                        Senior United States District Judge